# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2007

Clifford W. Taylor,
Chief Justice

133594

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                 SC: 133594
                                 COA: 271459
                                 Lapeer CC: 06-008723-AR
                                 71-A DC: 05-2703-SD

MARK RYAN NICKERSON,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. As stated in the Staff Comment to the 2005 Amendment of MCR 6.610, the Court has declined to add a new MCR 6.610(F) providing for discovery in district court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2007

_____
Clerk

p0605